UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER L. HUSTED, JR., an individual; REBECCA C. HUSTED, an individual; and HANNAH HUSTED, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:16-cv-00685-AWI-EPG<br><br>**ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY DEADLINE ONLY**<br><br>(ECF No. 15) |

Pursuant to the Stipulation between the parties, filed March 15, 2017 (ECF No. 15), and good cause appearing therein, the April 26, 2017 non-expert discovery deadline set forth in the Scheduling Conference Order entered in this Action on August 11, 2016 (ECF No. 10) is extended to **June 9, 2017**.

IT IS SO ORDERED.

Dated:  **March 20, 2017**                         /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

07685.1634/10536873.1                                                                                           1:16-cv-00685-AWI-EPG
                                                                                                                                              ORDER