# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER L. HUSTED, JR., an individual; REBECCA C. HUSTED, an individual; and HANNAH HUSTED, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 1:16-cv-00685-AWI-EPG**<br><br>**ORDER GRANTING EXTENSION TO DISCOVERY DEADLINES** |

On April 18, 2017, the parties submitted a Stipulation to Extend Discovery Deadlines. The Court held a telephonic status conference to discuss the requested extension. Based on the representations by the parties in their joint status report (ECF No. 19) and at the status conference, the Court finds good cause to extend the deadlines in this case as follows:

Nonexpert Discovery Cutoff: **July 24, 2017**

Expert Disclosures: **August 11, 2017**

Rebuttal Expert Disclosures: **September 1, 2017**

Expert Discovery Cutoff: **September 18, 2017**

IT IS SO ORDERED.

Dated: **April 26, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

07685.1634/10536873.1  1:16-cv-00685-AWI-EPG
ORDER