**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER L. HUSTED, JR., an individual; REBECCA C. HUSTED, an individual; and HANNAH HUSTED, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:16-cv-00685-AWI-EPG

**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**

(ECF No. 42)

Plaintiffs Roger L. Husted, Jr., Rebeca C. Husted, and Hannah Husted, and Defendant Wells Fargo Bank, N.A. have notified the Court that the parties have finalized a settlement in this matter and requested that the lawsuit be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). (ECF No. 42). Upon due consideration, good cause appearing, the Court **GRANTS** the request and **DISMISSES** Plaintiffs' claims against Defendant Wells Fargo Bank, N.A. with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **March 22, 2018**               /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE